JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rosmery De La Caridad Cruz Berrillo and Taylor Brittany Austin Cruz, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT COWAN, Director, National Benefit Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assign; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns; UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services, in her official capacity as well as her successor and assigns; <br><br> Defendants. | Case No. 2:24-cv-00210-CDS-EJY <br><br> **Stipulation and Order** <br><br> **(First Request)** |

Plaintiffs Rosmery De La Caridad Cruz Berrillo and Taylor Brittany Austin Cruz and Defendants Robert Cowan, Director, National Benefit Center, U.S. Citizenship and Immigration Services, Alejandro Mayorkas, Secretary of US Department of Homeland Security, and Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services, United States Citizenship and Immigration Services ("Federal Defendants"), hereby stipulate and agree as follows:

Plaintiffs filed their Complaint on January 30, 2024.

Plaintiffs served the United States with a copy of the Complaint via Certified Mail on February 12, 2024.

The current deadline for the United States to respond to the Plaintiffs' Complaint is on April 12, 2024.

Plaintiffs and Federal Defendants, through undersigned counsel, stipulate and request that the Court approve a 60-day extension of time, from April 12, 2024, to June 11, 2024, for Federal Defendants to file a responsive pleading to the Complaint, ECF No. 1. This is the first request for an extension of time. The extension is necessary for the Las Vegas Field Office to receive the files for these applicants and to conduct the initial review of these files.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to June 11, 2024.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 2nd day of April, 2024.

JASON M. FRIERSON
United States Attorney

*/s/Maria Quiroga*
MARIA QUIROGA, ESQ.
Nevada Bar No. 13939
7935 W Sahara Ave #103
Las Vegas, Nevada 89117
*Attorney for Plaintiffs*

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

DATED: April 2, 2024