Maria E. Quiroga
Quiroga Law Office, PLLC
7935 W Sahara Blvd.
Suite #103
Las Vegas, Nevada 89117
702-972-8348
Maria@QuirogaLawOffice.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Rosmery De La Caridad Cruz Berrillo and Taylor Brittany Austin Cruz,<br><br>Plaintiffs<br><br>v.<br><br>ROBERT COWAN, Director, National Benefit Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assign; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns; UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services, in her official capacity as well as her successor and assigns;<br><br>Defendants | Case No. 2:24-cv-00210-CDS-EJY<br><br>**Stipulation and Order to Dismiss With Prejudice Plaintiffs' Complaint** |

Plaintiffs Rosmery De La Caridad Cruz Berrillo and Taylor Brittany Austin Cruz and Defendants Robert Cowan, Director, National Benefit Center, U.S. Citizenship and Immigration Services, Alejandro Mayorkas, Secretary of US Department of Homeland Security, and Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services, United States Citizenship and Immigration Services ("Federal Defendants"), hereby stipulate that this action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees of suit.

/ / /

Since the filing of the Plaintiffs' Complaint, Federal Defendants have adjudicated Plaintiffs' petition. The present action is now moot.

Respectfully submitted this 7th day of June, 2024.

                                                JASON M. FRIERSON
                                                United States Attorney

| /s/ Maria E. Quiroga | /s/ Virginia T. Tomova |
|---|---|
| MARIA E. QUIROGA, ESQ. | VIRGINIA T. TOMOVA |
| Nevada Bar No. 13939 | Assistant United States Attorney |
| 7935 W Sahara Ave #103 | Nevada Bar Number 12504 |
| Las Vegas, Nevada 89117 | 501 Las Vegas Blvd. So., Suite1100 |
| *Attorney for Plaintiffs* | Las Vegas, Nevada 89101 |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case. **IT IS SO ORDERED:**

                                                _____
                                                UNITED STATES DISTRICT JUDGE

                                                DATED:   June 11, 2024